**Motion Granted; Appeal Dismissed and Memorandum Opinion filed November 17, 2011.**



**In The**

# Fourteenth Court of Appeals

————————————

## NO. 14-11-00790-CV

————————————

### CHELSEY MICHELLE CHATMAN, Appellant

### V.

### CHUA CHAT TAN and YOKE CHEONG, Appellees

**On Appeal from the 164th District Court
Harris County, Texas
Trial Court Cause No. 2010-27594**

## M E M O R A N D U M   O P I N I O N

This is a restricted appeal from a default judgment signed March 11, 2011. On November 9, 2011, appellant filed a letter in which she advised this court that the parties settled their dispute in mediation, and she requested dismissal of the appeal. We construe the request as a motion to dismiss the appeal and grant the requested relief. *See* Tex. R. App. P. 42.1.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Seymore, and Jamison.